UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS WELFARE FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, AND THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGEMENT
COOPERATION FUND, BY MICHAEL J. FORDE AND
JOSEPH OLIVIERI, AS TRUSTEES.

                  Plaintiff,             04 Civ. 8792 (RMB) (DF)

     -against-                   **ORDER**

N E B CONTRACTING, INC.,

                  Defendants.
------------------------------------------------------------------------------X

**I.    Background**

On November 5, 2004, Plaintiffs filed a complaint ("Complaint") to confirm and enforce an arbitration award rendered pursuant to a collective bargaining agreement between Plaintiffs and Defendant. Defendant was served with a Summons and Complaint on November 15, 2004. (See Docket #3.)

Defendant did not answer the Complaint and on January 18, 2005, the Court granted a default judgment for Plaintiff and referred the matter to United States Magistrate Judge Debra Freeman for an inquest on damages. (See Default Judgment, dated January 18, 2005.)

On January 30, 2006, United States Magistrate Judge Debra Freeman issued a Report and Recommendation, recommending that the Plaintiffs be awarded $2,300.00 in damages against

Defendant. (Report at 5.) The Report also recommends that Plaintiffs recover $2,368.25 in costs and attorneys' fees. (Report at 10.)

The Report provides that, "pursuant to 28 U.S.C. § 636 (b)(1) and Rule 72 (b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections." (Report at 10.) As of the date of this order, no party has filed objections to the Report.

**II.     Standard of Review**

The Court may adopt those portions of a magistrate's report to which no objections have been made and which are not facially erroneous. Thomas v. Arn, 474 U.S. 140, 149 (1985); Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991); Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

**III.    Analysis**

The Court has reviewed the Report and finds that it is neither contrary to law nor clearly erroneous. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997); Soft Drink & Brewery Workers Union Local 812, IBT v. Ali-Dana Bevs., No. 95 Civ. 8081, 1996 U.S. Dist. LEXIS 10585, at *8-10 (S.D.N.Y July 25, 1996).

**IV.    Conclusion and Order**

For the reasons stated, the Court adopts the Report in its entirety. The Clerk of the Court is respectfully requested to enter judgment for the Plaintiffs and against Defendant in the amount of $2,300.00 in damages and $2,368.25 in costs and attorneys' fees, and to close this case.

Dated: New York, New York
       February 21, 2006

_____
**RICHARD M. BERMAN, U.S.D.J.**